# Exhibit A




# Full-Time Consideration

Date: 10-12-2017

Operator's Name & Badge # 72830 · Cabral

Subject: Fulltime Acceptance

On, 10-12-2017, I have been informed by the area Supervisor's Office that I am being **considered** for a full-time position at Area 126 - Charlestown garage.

Check one:

Accept ✓

Decline _____

Once you sign a consideration form you will not be allowed to make any changes. If you change your mind for any reason, you will be required to work as a Full-Time Operator until the next group of promotions are processed. Upon your return as a Part-Time Operator, you will be placed at the bottom of the Part-Time Rating List and you may be assigned to a garage based on personnel needs, which will not necessarily place you where you were originally.

_____ 72830        _____
Employee Signature                                Signature for Management

Massachusetts Bay Transportation Authority
Ten Park Plaza, Suite 3910, Boston, MA 02116
www.mbta.com



# *Massachusetts Bay Transportation Authority*

| *Mitt Romney* | *Kerry Healey* | *John Cogliano* | *Daniel A. Grabauskas* |
| Governor | Lt. Governor | Secretary and MBTA Chairman | General Manager |

**TO:** Senior Managers

**FROM:** Brian J. Donohoe
Assistant General Manager for Labor Relations

**DATE:** October 5, 2006

**SUBJECT:** Eligibility for Promotion and Transfer

---

Effectively immediately, the following criteria will be used to determine an employee's eligibility for promotion and transfer:

**Criteria for Eligibility for Promotion**

An employee will be ineligible for promotion to full-time or from applying for other positions if any of the following disciplinary conditions are met within the preceding twenty-four months:



- A Final Warning for any reason;

- More than one inherently safety-related rule violation;

- More than one civil rights-related violation;

- A three day or greater suspension for any general rules violations, including civil rights violations and violations of Authority policies;

- A three day or greater suspension for ADA violations;

- A one day or greater suspension for violations of the Attendance Policy;

- A three day or greater suspension for a Preventable Accident will preclude employees from bidding on the following positions; Spare Inspector, Inspector, Instructor, and Supervisor.

**Criteria for Eligibility for Substitute List Positions**

- The same criteria outlined above will be applied to determine the eligibility of an employee who applies for a position on a Substitute List in another classification.

- Once an employee is placed on a Substitute List, they will be removed from said list if they meet any of the above conditions subsequent to their placement on the list.

*Driven by Customer Service*

Massachusetts Bay Transportation Authority, Ten Park Plaza, Boston, MA 02116-3974

**Criteria for Eligibility to Transfer to Another Location Within the Same Classification**

- Discipline will not preclude an employee from transferring to a different location within the same classification unless they are on a Final Warning for any reason.