# Exhibit D

 

RECEIVED
MAR 2 5 2018

Charles D. Baker, Governor
Karyn E. Polito, Lieutenant Governor
Stephanie Pollack, MassDOT Secretary & CEO
Luis Manuel Ramirez, General Manager & CEO

Massachusetts Department of Transportation

Mr. Robert C. Cabral Sr.
15 Weyanoke Street
Dorchester, MA 02124

SUBJECT: Discharge of Robert C. Cabral, Sr., Bus Operator #72830 (Area 126)

Dear Mr. Cabral:

    Please be advised that, effective on the date of this letter, you are hereby discharged from the employ of the Massachusetts Bay Transportation Authority for the following reasons:

1. Violation of the Rules for Operators and Other Employees of Bus Operations (January 1, 2013) Rule #6(3): Prohibited Acts and the Authority's Drug and Alcohol Policy in that you tested positive for drugs on a federally mandated post-accident drug and alcohol test.

2. Your prior record.

    You are hereby required to forward to the Superintendent of Bus Operations for the Charlestown District, 21 Arlington Avenue, Charlestown, Massachusetts 02129, your badge, pass, rule book, keys and any other property belonging to the Authority.

Sincerely,

Luis M. Ramirez,
General Manager & CEO

MAR 1 2 2018

Date

cc: J. O'Brien

VIA FIRST CLASS MAIL and
CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Massachusetts Bay Transportation Authority
Ten Park Plaza, Suite 3910, Boston, MA 02116
www.mbta.com

MASSACHUSETTS
BAY
TRANSPORTATION
AUTHORITY

Labor Relations Department
Transportation Building
10 Park Plaza, Boston, MA 02116

Mr. Robert C. Cabral Sr.
15 Weyanoke Street
Dorchester, MA 02124

RECEIVED
MAR 2 5 2018

