UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT C. CABRAL, SR.,
    Plaintiff,

v.

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY, BOSTON CARMEN'S UNION
LOCAL 589, PATRICK HOGAN, AND
JOHN O'BRIEN,
    Defendants.

CIVIL ACTION NO.
18-12404-NMG

REPORT AND RECOMMENDATION RE:
DEFENDANTS BOSTON CARMEN'S UNION, LOCAL 589'S, PATRICK HOGAN'S,
AND JOHN O'BRIEN'S MOTION TO DISMISS PLAINTIFF ROBERT C. CABRAL,
SR.'S COMPLAINT (DOCKET ENTRY # 9); DEFENDANT MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY'S MOTION TO DISMISS PLAINTIFF ROBERT C.
CABRAL, SR.'S COMPLAINT (DOCKET ENTRY # 30)

June 18, 2019

BOWLER, U.S.M.J.

Pending before this court are motions to dismiss filed by defendant Boston Carmen's Union Local 589 ("the union"); defendant Patrick Hogan ("Hogan"), a union delegate; defendant John O'Brien; and defendant Massachusetts Bay Transportation Authority ("the MBTA") (collectively "defendants").[1]  (Docket

---

[1] The union points out that the correct name of the president of the union is James O'Brien.  (Docket Entry # 10, p. 1). Inasmuch as the complaint identifies defendant John O'Brien as the president of the union, union president James O'Brien ("O'Brien") is the intended defendant in the complaint. See In re Asacol Antitrust Litig., Civil Action No. 15-12730-DJC, 2016 WL 4083333, at *3 n.1 (D. Mass. July 20, 2016) (because

*After consideration of plaintiff's objections thereto (Docket No. 54), Report and Recommendation is accepted and adopted.*

*/s/ NMGorton, USDJ 8/9/19*